UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7600

JEROME FRIERSON-BEY,

Plaintiff - Appellant,

versus

WARDEN, FCI-Estill; HEALTH SERVICE SUPERVISOR
OF FCI-ESTILL; PA ALL UNKNOWN AT FCI-ESTILL,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Matthew J. Perry, Jr., Senior
District Judge.  (CA-97-2721-3-10BC)

Submitted:  February 11, 1999      Decided:  February 24, 1999

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerome Frierson-Bey, Appellant Pro Se.  Barbara Murcier Bowens,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerome Frierson-Bey appeals the district court's order denying relief on his civil rights complaint.[1] We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Frierson-Bey v. Warden, No. CA-97-2721-3-10BC (D.S.C. Oct. 8, 1998).[2] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[1] The magistrate judge properly construed the complaint as one filed under Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971).

[2] Although the district court's order is marked as "filed" on October 7, 1998, the district court's record discloses that it was entered on the docket sheet on October 8, 1998, which is the date we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986); Fed. R. Civ. P. 58, 79(a).